UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

| | |
|---|---|
| JOSEPH J. ZAJAC III )<br>   Petitioner                    )<br>                              )<br>vs.                            )<br>                              )<br>UNITED STATES     )<br>   Respondent         )  | Docket No. 2:11-cv-469-FtM-29SPC |

To:   Clerk of the Court
       United States Courthouse and Federal Bldg
       2110 First Street
       Fort Myers, FL 33901

Ref:  Response to Court Order(s) and respondent filings

In the matter of the docket listed above, please be advised that I will be unable to receive or respond back on any court orders from April 27, 2012 through May 13, 2012, sent using the US Postal Service to my address on record. Any document would require mailing by the court no later than April 23, 2012, for me to receive by US Postal Service.

Being a pro se litigant, I do not have access to the court's electronic case filing system. If possible, please email any orders and or filings by the respondent during that time period to:

    JJZAJAC@AOL.COM

Respectfully submitted,

Date: April 13, 2012                                            /s/ Joseph J. Zajac III

                                                                 Joseph J. Zajac III, Petitioner, Pro Se
                                                                       12202 Championship Circle
                                                                                Fort Myers, FL 33913
                                                                                    239.560.8721